IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action Nos. 12-cv-02514-RBJ-MEH; 12-cv-02517-RBJ-MEH; 12-cv-02687-RBJ-MEH; 12-cv-2704-RBJ-MEH; 12-cv-02705-RBJ-MEH; 12-cv-02706-RBJ-MEH; and 12-cv-02900-RBJ-MEH

BRANDON AXELROD AND DENISE TRAYNOM (12-cv-02514-RBJ-MEH)

JOSHUA R. NOWLAN (12-cv-02517-RBJ-MEH)

DION ROSBOROUGH, RYAN LUMBA, TONY BRISCO, JON BOIK, AND LOUIS DURAN (12-cv-02687-RBJ-MEH)

JERRI JACKSON (12-cv-02704-RBJ-MEH)

GREGORY AND RENA MEDEK (12-cv-02705-RBJ-MEH)

THERESA HOOVER (12-cv-02706-RBJ-MEH)

IAN SULLIVAN (12-cv-02900-RBJ-MEH)

      Plaintiffs,

v.

CINEMARK, USA, INC., d/b/a CENTURY AURORA 16

      Defendant.

---

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

---

      These matters have been scheduled for a **three-week Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 5, 2014 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **April 25, 2014 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 27th day of November, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge