IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-02514-RBJ-MEH | Date:   December 14, 2012 |
| 12-cv-02517-RBJ-MEH | **FTR – Courtroom A501** |
| 12-cv-02687-RBJ-MEH | Courtroom Deputy: Cathy Coomes |
| 12-cv-02704-RBJ-MEH | |
| 12-cv-02705-RBJ-MEH | |
| 12-cv-02706-RBJ-MEH | |
| 12-cv-02900-RBJ-MEH | |

**12-cv-02514-RBJ-MEH**
DENISE N. TRAYNOM and                              Christina Habas
BRANDON K. AXELROD,                               Michael Keating
                                                              Deirdre Ostrowski
        Plaintiffs,

vs.

CINEMARK, USA, INC.,                                  John Roche
                                                              Kevin Taylor
        Defendant.                                         Kyle Seedorf
                                                              Amanda Wiley

**12-cv-02517-RBJ-MEH**
JOSHUA R. NOWLAN,                                   Christina Habas
                                                              Michael Keating
        Plaintiff,                                             Deirdre Ostrowski

v.

CINEMARK, USA, INC.,                                  John Roche
                                                              Kevin Taylor
        Defendant.                                         Kyle Seedorf
                                                              Amanda Wiley

**12-cv-02687-RBJ-MEH**
DION ROSBOROUGH,                                    Michael Sawaya
RYAN LUMBA,                                              Robert Wilhite
TONY BRISCOE,                                            Sandra Hagen
JON BOIK, and
LOUIS DURAN,

        Plaintiffs,

v.

| | |
|---|---|
| CINEMARK, USA, INC., | Kevin Taylor |
| Defendant. | |

**12-cv-02704-RBJ-MEH**
JERRI JACKSON,                                                    Jerome Malman

    Plaintiff,

v.

CINEMARK, USA, INC.                                               Kevin Taylor
                                                                                                                            Kyle Seedorf

    Defendant.

**12-cv-02705-RBJ-MEH**
GREGORY MEDEK and                                                 Jerome Malman
RENA MEDEK,

    Plaintiffs,

v.

CINEMARK, USA, INC.,                                              Kevin Taylor
                                                                                                                            Kyle Seedorf

    Defendant.

**12-cv-02706-RBJ-MEH**
MARY THERESA HOOVER,                                              Jerome Malman

    Plaintiff,

v.

CINEMARK, USA, INC.,                                              Kevin Taylor
                                                                                                                            Kyle Seedorf

    Defendant.

**12-cv-02900-RBJ-MEH**
IAN SULLIVAN,                                                     Jerome Malman

    Plaintiff,

v.

CINEMARK, USA, INC.,                                              Kevin Taylor
                                                                                                                            Kyle Seedorf

    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     10:05 a.m.

Court calls case.  Appearances of counsel.  Plaintiff Joshua Nowlan is present.

Argument and discussion regarding Defendant's Motion to Dismiss for Failure to State a Claim (Doc. #15, filed 10/18/12 – 12-cv-02514; Doc. #19, filed 10/18/12 – 12-cv-02517; Doc. #17, filed 11/7/12 – 12-cv-02687; Doc. #7, filed 10/18/12 – 12-cv-02704; Doc. #6, filed 10/18/12 – 12-cv–2705; Doc. #7, filed 10/18/12 – 12-cv-02706; Doc. #7, filed 11/6/12 – 12-cv-02900).

**ORDERED:**  The Court takes the above motions under advisement.

**Court in recess:**        11:54 a.m.   **(Hearing concluded)**
**Total time in court:**   1:49