IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik, and
LOUIS DURAN,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL and
DERICK SPRUEL,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

_____

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

_____

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,
MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,
MALACHI SWEENEY, and
MACHI SWEENEY,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2013.**

      Plaintiffs Spruels' and Gravelly's Unopposed Motion for Leave to Appear at Hearing ... by

3

Telephone [filed May 31, 2013; docket #73] is **granted**.[1]  Plaintiffs' counsel, Nathan Davidovich, shall appear at the June 10, 2013 hearing by calling my Chambers at (303) 844-4507 at the appointed time.

---

[1] According to the motion and the record, counsel for Plaintiffs Jackson, the Medeks, Hoover and Sullivan did not respond to Defendant's attempts to confer pursuant to D.C. Colo. LCivR 7.1A.