IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-02514-RBJ-MEH (Consolidated with other cases) | Date:   June 10, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DENISE N. TRAYNOM, and BRANDON K. AXELROD, *et al.*, <br><br>          Plaintiffs, | Christina Habas <br><br> Robert Wilhite <br> Sandra Hagen <br> Jerome Malman <br> Nathan Davidovich (by phone) <br> Shaun Kaufman |
| vs. | |
| CENTURY THEATRES, INC., <br><br>          Defendant. | John Roche <br> Kevin Taylor <br> Kyle Seedorf |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     2:02 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Cinemark's Motion for Protective Order [to Sequence Discovery] (Doc. 51, filed 5/7/13).

**ORDERED:**  The Court takes the above motion under advisement.

**Court in recess:**     3:09 p.m.   (Hearing concluded)
**Total time in court:**  1:07