IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02239-RBJ-MEH

KATHLEEN AND SCOTT LARIMER,

    Plaintiffs,

v.

CENTURY THATRES, INC.,

    Defendant.

---

ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE

---

    This matter comes before the Court on Plaintiffs' Motion to Consolidate. The Court having reviewed the Motion and being otherwise advised in the premises, finds good cause for consolidation of this case with the related cases for purposes of discovery and motions practice.

    The Court GRANTS the Motion and Orders that this case be consolidated with the following cases for purposes of discovery and motions practice: *Denise Traynom and Brandon Axelrod v. Century Theatres, Inc.*, 1:12-cv-02514; *Joshua Nowlan v. Century Theatres, Inc.,* 1:12-cv-02517; *Gregory and Rena Medek v. Century Theatres, Inc.*, 1:12-cv-2705; *Jerri Jackson v. Century Theatres Inc.,* 1:12-cv-02704; *Ian Sullivan v. Century Theatres, Inc.,* 1:12-cv-02900; *Rosborough et al v. Century Theatres, Inc.*, 1:12-cv-02687; *Chichi and Derick Spruel v. Century Theatres, Inc.,* 1:13-cv-00045; *Gravelly v. Century Theatres, Inc.,* 1:13-cv-00046; *Johnson et al v. Century Theatres, Inc.*, 1:13-cv-00114, *Golditch* v. *Century Theatres, Inc.,* 1:13-cv-01842; *Moser* v. *Century Theatres, Inc.,* 1:13-cv-01995; and *Brooks* v. *Century Theatres, Inc.,* 1:13-cv-02060.

1

2

All motions, notices and other filings related to the consolidated action shall be filed in the lowest-numbered case, 1:12-cv-02514-RBJ-MEH. Orders issued therein shall constitute the law of the case, applicable to all of the related cased consolidated through his order. Also, will equally to Plaintiffs Larimer.

DATED this 3rd day of October, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge