IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik, and
LOUIS DURAN,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL and
DERICK SPRUEL,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.
_____

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.
_____

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,
MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,
MALACHI SWEENEY, and
MACHI SWEENEY,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.
_____

Civil Action No. 13-cv-01842-RBJ-MEH

ZACHARY GOLDITCH,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 13-cv-02239-RBJ-MEH

KATHLEEN LARIMER, and
SCOTT LARIMER,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

4

Defendant.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2013.**

Before the Court is Plaintiff Ashley Moser's Unopposed Motion to Intervene in Plaintiff Ian Sullivan's Wrongful-Death Claim [filed October 22, 2013; docket #102]. Pursuant to Fed. R. Civ. P. 24(c), a motion to intervene "must ... be accompanied by a pleading that sets out the claim or defense for which intervention is sought." In the present motion, Ms. Moser acknowledges this requirement, but incorporates by reference her original Complaint filed in case 13-cv-01995-RBJ-MEH.

The Court must conclude that this incorporation is insufficient for two reasons: (1) Ms. Moser has filed a notice of dismissal of her wrongful death claim in 13-cv-01995; and (2) it is the Court's obligation to ensure the record in this case is clear and complete. In the interests of justice and judicial efficiency, the Court finds that the record is both unclear and incomplete without a pleading alleging Ms. Moser's intervention in Mr. Sullivan's wrongful death claim. Therefore, the Court will **deny** the present motion **without prejudice** and permit Ms. Moser to re-file her motion with an attached proposed "pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c).