IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.  12-cv-02514-RBJ-MEH**       FTR – Courtroom A501
(Consolidated with 12-cv-02517-RBJ-MEH,
12-cv-02687-RBJ-MEH, 12-cv-02704-RBJ-MEJ,
12-cv-02705-RBJ-MEH, 12-cv-02900-RBJ-MEH,
13-cv-00114-RBJ-MEH, 13-cv-00045-RBJ-MEH,
13-cv-00046-RBJ-MEH, 13-cv-01842-RBJ-MEH,
13-cv-02060-RBJ-MEH, 13-cv-01995-RBJ-MEH, and
13-cv-02239-RBJ-MEH)

**Date:  November 4, 2013**                     Sabrina Grimm, Courtroom Deputy

DENISE N. TRAYNOM, and                          Christina Habas
BRANDON K. AXELROD,
                                                Tom Takser
                                                Dan Caplis
                                                Fred Paoli
                                                Steve Wahlberg
                                                Rob Wilhite
                                                Kerry Malman *(by telephone)*

           Plaintiffs,

v.

CENTURY THEATRES, INC.,                         John Roche
a California corporation                        Kevin Taylor
                                                Kyle Seedorf

           Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

**9:52 a.m.       Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding additional related case filings, Plaintiff's Motion for Modification of Combined Scheduling Order [103], dispositive motions, case consolidation status, liability

issues, pending summary judgment motion [108], extension of deadlines, defendant's corporate structure, documents related to the criminal case, and materials and information after July 20, 2012.

Mr. Taylor confirms defendant Century Theatres, Inc. is the correct named defendant in the case.

**ORDERED:** **Plaintiff's Motion for Modification of Combined Scheduling Order [103] is GRANTED IN PART.  Plaintiffs are allowed 3 additional interrogatories and 1 additional Rule 30(b)(6) deposition, as stated on record.  The discovery deadlines are extended as follows:**
**Initial Expert Disclosures:**     **March 21, 2014**
**Rebuttal Expert Disclosures:**    **April 21, 2014**
**Discovery deadline:**              **May 27, 2014**

Court states its expectation with respect to the additional discovery briefing schedule.

Counsel will confer and contact chambers regarding setting a future date for a status conference. Court will discuss written discovery and Plaintiffs' plans for depositions at that time.

**10:56 a.m.**     **Court in recess.**

**Hearing concluded.**
Total time in court:     01:04

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.