IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik, and
LOUIS DURAN,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.
_____

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL and
DERICK SPRUEL,

  Plaintiffs,

v.

CENTURY THEATRES, INC.,

  Defendant.

———————————————————————

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

  Plaintiff,

v.

CENTURY THEATRES, INC.,

  Defendant.

———————————————————————

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,
MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,
MALACHI SWEENEY, and
MACHI SWEENEY,

  Plaintiffs,

v.

CENTURY THEATRES, INC.,

  Defendant.

———————————————————————

Civil Action No. 13-cv-01842-RBJ-MEH

ZACHARY GOLDITCH,

  Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────

Civil Action No. 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

      Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

───────────────────────────────────────

Civil Action No. 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────

Civil Action No. 13-cv-02239-RBJ-MEH

KATHLEEN LARIMER, and
SCOTT LARIMER,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2013.**

Plaintiff Ashley Moser's Renewed Unopposed Motion to Intervene in Plaintiff Ian Sullivan's Wrongful-Death Claim [filed November 20, 2013; docket #114] is **granted**. The Clerk of the Court is directed to file the Amended Complaint, located at docket #114-1.