IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 12-cv-02514-RBJ-MEH | **FTR – Courtroom A501** |
| **Date:** December 17, 2013 | Cathy Pearson, Courtroom Deputy |

| | |
|---|---|
| DENISE N. TRAYNOM, *et al.*. | Daniel Caplis |
| | Christina Habas |
| Plaintiff, | Matthew Laird |
| | Jerome Malman |
| | Thomas Tasker |
| v. | |
| CENTURY THEATRES, INC., *et al.*, | Kevin Taylor |
| | Kyle Seedorf |
| Defendant. | John Roche (by phone) |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE and MOTION HEARING**

**Court in session:** 3:12 p.m.

The Court calls case. Counsel enter appearances.

Discussion held regarding the status of the case. Argument and discussion held regarding Plaintiffs' Combined Motion for Additional Time to Respond to Motion for Summary Judgment (Doc. 112, filed 11/18/13) and Defendants' Motion to Coordinate Depositions (Doc. 121, filed 11/26/13).

**ORDERED:** 1. Plaintiffs' Combined Motion for Additional Time to Respond to Motion for Summary Judgment (Doc. 112, filed 11/18/13) is GRANTED in part and DENIED in part as stated on the record. The Court will allow discovery necessary for Plaintiff to effectively respond to the Motion for Summary Judgment.

2. Plaintiffs' response to the Motion for Summary Judgment is due on or before **February 14, 2014.**

3. Defendants' Motion to Coordinate Depositions (Doc. 121, filed 11/26/13) is DENIED without prejudice to raise the issue again at any time appropriate.

**Court in recess:**     5:04 p.m.     (Hearing concluded)
Total time in court:   1:52

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.