IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

---

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

---

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik,
LOUIS DURAN,
SHIRLEY CLARK,
EVAN FARIS, and
RICHELE HILL,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL, and

DERICK SPRUEL,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,
MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,
MALACHI SWEENEY, and
MACHI SWEENEY,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

      Defendant.

───────────────────────────────────────────

Civil Action No. 13-cv-01842-RBJ-MEH

ZACHARY GOLDITCH,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

      Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

―――――――――――――――――――――――――――――

Civil Action No. 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

      Plaintiff,

v.

CENTURY THEATRES, INC.,

      Defendant.

―――――――――――――――――――――――――――――

Civil Action No. 13-cv-02239-RBJ-MEH

KATHLEEN LARIMER, and
SCOTT LARIMER,

      Plaintiffs,

v.

CENTURY THEATRES, INC.,

     Defendant.

_____

Civil Action No. 13-cv-02988-RBJ-MEH

NICK GALLUP,

     Plaintiff,

v.

CENTURY THEATRES, INC.,

     Defendant.

_____

Civil Action No. 13-cv-02992-RBJ-MEH

BROOKE COWDEN,
KRISTIAN COWDEN, and
WESTON COWDEN ,

     Plaintiffs,

v.

CENTURY THEATRES, INC.,

     Defendant.

_____

Civil Action No. 13-cv-03316-RBJ-MEH

STEFAN MOTON,

     Plaintiff,

v.

CENTURY THEATRES, INC.,

     Defendant.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2014.**

      For good cause shown and in the interest of justice, Plaintiffs Rosborough, Lumba, Briscoe, Boik, Duran, Hoover, Clark, Faris and Hill's Unopposed Motion to Amend Complaint and Jury Demand [filed February 12, 2014; docket #148] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint located at docket #148-1 and add Clark, Faris and Hill as Plaintiffs in this case. Defendant shall file an answer or other response to the Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a).