IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

———————————————————————

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

———————————————————————

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik,
LOUIS DURAN,
SHIRLEY CLARK,
EVAN FARIS, and
RICHELE HILL,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN, and
ASHLEY MOSER,

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

_____

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL, and
DERICK SPRUEL,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

_____

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

      Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

_____

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,
MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,

MALACHI SWEENEY, and
MACHI SWEENEY,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 13-cv-01842-RBJ-MEH

ZACHARY GOLDITCH,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

   Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

   Defendants.

---

Civil Action No. 13-cv-02239-RBJ-MEH

KATHLEEN LARIMER, and
SCOTT LARIMER,

   Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

   Defendants.

---

Civil Action No. 13-cv-02988-RBJ-MEH

NICK GALLUP,

   Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

   Defendants.

---

Civil Action No. 13-cv-02992-RBJ-MEH

BROOKE COWDEN,
KRISTIAN COWDEN, and

WESTON COWDEN ,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

---

Civil Action No. 13-cv-03316-RBJ-MEH

STEFAN MOTON,

      Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 29, 2014.**

      Plaintiffs Ian Sullivan and Ashley Moser's Partially Unopposed Motion for Leave to File a Second Amended Complaint Adding Cinemark Holdings, Inc. and Cinemark USA, Inc. as Defendants [filed April 28, 2014; docket #212] is **granted**.  These Plaintiffs shall file the Second Amended Complaint (attached to the motion and labeled as "Exhibit 1"), *without* the label, on or before May 1, 2014.  Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15.