IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.   12-cv-02514-RBJ-MEH** (consolidated for pretrial proceedings) | **FTR – Courtroom A501** |
| **Date:**     June 9, 2014 | Cathy Pearson, Courtroom Deputy |
| DENISE N. TRAYNOM, *et al.*, | William Keating |
| | Thomas Tasker |
| Plaintiffs, | |
| v. | |
| CENTURY THEATRES, INC., | Kevin Taylor |
| CINEMARK HOLDINGS, INC., and | Kyle Seedorf |
| CINEMARK USA, INC., | Jacob Vos |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY CONFERENCE**

**Court in session:**     3:06 p.m.

The Court calls case.   Appearances of counsel.   Also present:   Sandra Hagen and Matthew Laird

Discussion held regarding the status of the case, holding Plaintiff Ashley Moser's Motion for Leave to Conduct Additional Discovery (Doc. 213, filed 4/28/14) in abeyance, continuing this hearing, and extending the expert witness designation deadline.

**ORDERED:**   Upon request of the parties, the hearing on Plaintiff Ashley Moser's Motion for Leave to Conduct Additional Discovery (Doc. 213, filed 4/28/14) is continued to **July 10, 2014, at 9:00 a.m.**   The motion is held in abeyance until the continued hearing.   Counsel are directed to advise the Court if a resolution on the motion has been reached, and the hearing will be vacated.

**Court in recess:**       3:13 p.m.       (Hearing concluded)
Total time in court:     0:07

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.