IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02514-RBJ-MEH (consolidated for pretrial proceedings)

DENISE TRAYNOM, and
BRANDON K. AXELROD,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

───────────────────────────────

Civil Action No. 12-cv-02517-RBJ-MEH

JOSHUA R. NOWLAN,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

      Defendants.

───────────────────────────────

Civil Action No. 12-cv-02687-RBJ-MEH

DION ROSBOROUGH,
RYAN LUMBA,
TONY BRISCOE,
THERESA HOOVER,
JON BOIK, next friend of Alexander Boik,
LOUIS DURAN,
SHIRLEY CLARK,
EVAN FARIS,
RICHELE HILL, and
DAVID WILLIAMS,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

     Defendants.

———————————————————————

Civil Action No. 12-cv-02704-RBJ-MEH

JERRI JACKSON,

     Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

     Defendants.

———————————————————————

Civil Action No. 12-cv-02705-RBJ-MEH

GREGORY MEDEK, and
RENA MEDEK,

     Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

     Defendants.

———————————————————————

Civil Action No. 12-cv-02900-RBJ-MEH

IAN SULLIVAN, and
ASHLEY MOSER,

  Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

  Defendants.
_____

Civil Action No. 13-cv-00045-RBJ-MEH

CHICHI SPRUEL, and
DERICK SPRUEL,

  Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

  Defendants.
_____

Civil Action No. 13-cv-00046-RBJ-MEH

MUNIRIH F. GRAVELLY,

  Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

  Defendants.
_____

Civil Action No. 13-cv-00114-RBJ-MEH

LYNN JOHNSON,
MACHAEL SWEENEY,

MALIK SWEENEY, by and through his parents and next friends of Machael Sweeney and Lynn Johnson,
MALACHI SWEENEY, and
MACHI SWEENEY,

    Plaintiffs,

v.

CENTURY THEATRES, INC.,

    Defendant.

_____

Civil Action No. 13-cv-01842-RBJ-MEH

ZACHARY GOLDITCH,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

_____

Civil Action No. 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.
_____

Civil Action No. 13-cv-02239-RBJ-MEH

KATHLEEN LARIMER, and
SCOTT LARIMER,

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.
_____

Civil Action No. 13-cv-02988-RBJ-MEH

NICK GALLUP,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.
_____

Civil Action No. 13-cv-02992-RBJ-MEH

BROOKE COWDEN,
KRISTIAN COWDEN, and
WESTON COWDEN ,

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

---

Civil Action No. 13-cv-03316-RBJ-MEH

STEFAN MOTON,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC.,
CINEMARK USA, INC., and
CENTURY THEATRES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2014.**

    Plaintiffs Rosborough, etc.'s Unopposed Motion to Amend Complaint [filed July 3, 2014; docket #230] is **granted**. The Clerk of the Court is directed to file the Fourth Amended Complaint, located at docket #230-1, and amend the case caption accordingly. Defendants shall file an answer or other response in accordance with Fed. R. Civ. P. 15(a).