# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:12-CV-02514-RBJ-MEH**

**DENISE TRAYNOM AND BRANDON K. AXELROD (12-CV-02514-RBJ)**
**JOSHUA R. NOWLAN (12-CV-02517-RBJ)**
**DION ROSBOROUGH, RYAN LUMBA, TONY BRISCOE, JON BOIK, next friend of Alexander Boik, LOUIS DURAN, THERESA HOOVER, SHIRLEY CLARK, EVAN FARIS, RICHELE HILL, AND DAVID WILLIAMS (12-CV-02687-RBJ)**
**JERRI JACKSON (12-CV-02704-RBJ)**
**GREGORY MEDEK and RENA MEDEK (12-CV-02705-RBJ)**
**IAN SULLIVAN (12-CV-02900-RBJ)**
**CHICHI SPRUEL and DERICK SPRUEL (13-CV-00045-RBJ)**
**MUNIRIH F. GRAVELLY (13-CV-00046-RBJ)**
**LYNN JOHNSON, MACHAEL SWEENEY, MALIK SWEENEY by and through his parents and next friends MACHAEL SWEENEY and LYNN JOHNSON, MALACHI SWEENEY AND MACHI SWEENEY (13-CV-00114)**
**ZACKARY GOLDITCH, (13-cv-01842)**
**ASHLEY MOSER (13-CV-01995)**
**JARELL N. BROOKS (13-CV-02060)**
**KATHLEEN and SCOTT LARIMER (13-CV-2239)**
**BROOKE COWDEN, KRISTIAN COWDEN, and WESTON COWDEN (13-CV-2992)**
**NICK GALLUP (13-cv-2988)**
**STEFAN MOTON (13-CV-3316)**
**ALLEEN YOUNG (14-CV-1729)**
**CHANTEL L. BLUNK, MAXIMUS T. BLUNK, and HAILEY M. BLUNK (14-CV-1923)**
**JAMISON TOEWS (14-CV-1976)**
**MARCUS WEAVER (14-CV-1986)**

       Plaintiffs,

  v.

**CINEMARK HOLDINGS, INC., a Delaware Corporation; CINEMARK USA, INC., a Texas corporation; and CENTURY THEATRES, INC., a California corporation,**

       Defendants.

---

## DEFENDANTS' SUBMISSION IN CONNECTION WITH THE STATUS CONFERENCE SET FOR OCTOBER 14, 2014

---

At the Status Conference held before Magistrate Judge Michael E. Hegarty on September 4, 2014, he discussed a trial on the liability issues in these consolidated cases. Specifically, he discussed a format whereby all of the consolidated plaintiffs (and their lawyers) choose a single plaintiff's case to proceed to trial from among the 36 plaintiffs in these consolidated cases. Defendants assume that Magistrate Hegarty had in mind the application of one or more exceptions to the rule against nonparty preclusion as set forth in *Pelt v. Utah,* 539 F.3d 1271, 1281-82 (10th Cir. 2008) (citing *Taylor v. Sturgell,* 553 U.S. 880, 893-95 (2008) (discussing various exceptions to the rule against nonparty exclusion, under which subsequent plaintiffs' claims are barred by the determination of issues in an action between others).

Defendants agree, subject to certain conditions, that there should be one trial and one trial only on the liability issues in these consolidated cases, as this would be consistent with the Scope and Purpose of the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action." F.R.C.P. 1. Defendants appreciate the Court's consideration of a procedure that advances this objective. Defendants do not oppose the format whereby plaintiffs choose a single plaintiff's case to proceed to trial on liability, on the condition that all plaintiffs and all defendants agree to the entry by the Court of a stipulated order that they [plaintiffs and defendants] are bound by the liability determinations in the trial, subject to reserving appellate rights for all parties that they would have even if such a procedure had not been implemented. *See Taylor and Pelt, supra.*

Dated this 8th day of October, 2014.

                                       Respectfully submitted,

                                       */s/Kevin S. Taylor*
Kevin S. Taylor, Esq.
Kyle Seedorf, Esq.
John M. Roche, Esq.
Amanda W. Wiley, Esq.
Taylor|Anderson, LLP
1331 Seventeenth Street, Suite 1050
Denver, CO  80202
Telephone:  (303) 551-6660
Facsimile:  (303) 551-6655
Email: ktaylor@talawfirm.com
       kseedorf@talawfirm.com
       jroche@talawfirm.com
       awiley@talawfirm.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by email, via the CM/ECF system, on October 8, 2014, upon the following:

KEATING WAGNER POLIDORI & FREE, P.C.
William L. Keating, Esq.
Christina M. Habas, Esq.
Michael O'Brien Keating, Esq.
Deirdre E. Ostrowski, Esq.
1290 Broadway, Suite 600
Denver, CO 80203
Telephone:    (303) 534-0401
Facsimile:    (303) 534-8333
Email:  bkeating@keatingwagner.com
        chabas@keatingwagner.com
        mkeating@keatingwagner.com
        deo@keatingwagner.com
*Attorneys for Plaintiffs Joshua R. Nowlan, Brandon K. Axelrod, Denise Traynom, Zackary Golditch, Nick Gallup, Brooke Cowden, Kristian Cowden, Weston Cowden, Alleen Young*

SAWAYA & MILLER LAW FIRM
Michael G. Sawaya, Esq.
Robert D. Wilhite, Esq.
Sandra L. Hagen, Esq.
1600 Ogden Street
Denver, CO 80218
Telephone:    (303) 839-1650
Facsimile:    (303) 832-7102
Email:  msawaya@sawayalaw.com
        rwilhite@sawayalaw.com
        shagen@sawayalaw.com
*Attorneys for Plaintiffs Evan Faris, Richele Hill, Dion Rosborough, Ryan Lumba, Tony Briscoe, Jon Boik, and Louis Duran*

MALMAN LAW FIRM, LLC
Jerome s. Malman, Esq.
44 Cook Street, Suite 700
Denver, CO 80206
Telephone:    (303) 733-7900
Facsimile:    (303) 777-7810
Email:  jsm@malmanlawfirm.com
*Attorneys for Plaintiffs Mary Theresa Hoover, Gregory and Rena Medek, Jerri Jackson, Ian Sullivan, Kathleen and Scott Larimer*

DAVIDOVICH LAW FIRM, LLC
Nathan Davidovich
219 S. Holly Street
Denver, CO 80246
Telephone: (303) 825-5529
Facsimile: (303) 265-9797
Email: nathandavidovich@talk-law.com
*Attorneys for Plaintiffs Chichi Spruel, Derick Spruel, Munirih F. Gravelly*

SHAUN KAUFMAN LAW, P.C.
Shaun C. Kaufman, Esq.
1775 Sherman Street, Suite 1650
Denver, CO 80203
Telephone: (720) 435-4686
Facsimile: (303) 532-1053
Email: shaunkaufmanlaw@gmail.com
*Attorneys for Plaintiffs Lynn Johnson and Machael Sweeney*

BOGUE, PAOLI & THOMAS, LLC
Fred F. Paoli, Jr., Esq.
Matthew R. Laird, Esq.
1401 17th Street, Suite 320
Denver, CO 80202
Telephone: (303) 382-1990
Facsimile: (303) 382-1982
Email: fpaoli@bridgeband.com
       MLaird@bogue-paoli.com
*Attorney for Jarell N. Brooks*

HILLYARD, WAHLBERG, KUDLA, SLOANE & WOODRUFF, L.L.P.
Thomas G. Tasker, Esq.
4601 DTC Boulevard, Suite 950
Denver, CO 80237
Telephone: (303) 571-5302
Facsimile: (303) 571-1806
Email: tom@denvertriallawyers.com
*Attorneys for Ashley Moser*

DANIEL J. CAPLIS, P.C.
Daniel J. Caplis, Esq.
4601 DTC Boulevard, Suite 300
Denver, CO 80237
Telephone: (303) 770-5551
Facsimile: (303) 770-5552
Email: djc@caplislaw.com
*Attorneys for Ashley Moser*

HOCHSTADT, STRAW, STRAUSS & SILVERMAN, P.C.
Andrew D. Silverman, Esq.
Richard S. Strauss, Esq.
950 South Cherry Street, Suite 300
Denver, CO  80246
Telephone:  (303) 329-9222
Facsimile:  (303) 333-7127
Email: andy@hssspc.com
       richard@hssspc.com
*Attorneys for Stefan Moton*

HARDING & ASSOCIATES, P.C.
Phil L. Harding
730 17th Street, Suite 650
Denver, CO 80202
303-762-9500
Email:  phil@hlaw.org
*Attorney for Marcus Weaver*

LAUB & LAUB
Nicholus C. Palmer
630 East Plumb Lane
Reno, NV 89502
775-333-5282
Email:  nik@lawlaub.biz
*Attorney for Blunks*

GALLOWAY TRIGG, LLP
Robert Newton Trigg
1873 South Bellaire Street, Suite 1200
Denver, CO 80222
303-226-4759
Email:  bob@gtinjurylaw.com
*Attorney for Toews*

                                          */s/ Amy Rock*
                                          Amy Rock