IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   12-cv-02514-RBJ-MEH (Lead case) | Date: October 14, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel (listed only once even if representing more than one party)* |
|---|---|
| DENISE N. AXELROD | *Christina M. Habas* |
| BRANDON K. AXELROD | |
| JOSHUA R. NOWLAN (12-cv-02517-RBJ) | |
| DION ROSBOROUGH (12-cv-02687-RBJ) | *Robert D. Wilhite, III* |
| RYAN LUMBA | *Sandra L. Hagen* |
| TONY BRISCOE | |
| JON BOIK | |
| LOUIS DURAN | |
| SHIRLEY CLARK | |
| MARY THERESA HOOVER | |
| EVAN FARIS | |
| RICHELE HILL | |
| DAVID WILLIAMS | |
| JERRI JACKSON (12-cv-02704-RBJ) | |
| GREGORY MEDEK (12-cv-02705-RBJ) | |
| RENA MEDEK | |
| IAN SULLIVAN (12-cv-02900-RBJ) | |
| CHICHI SPRUEL (13-cv-00045-RBJ) | |
| DERICK SPRUEL | |
| MUNIRIH F. GRAVELLY (13-cv-00046-RBJ) | |
| LYNN JOHNSON (13-cv-00114-RBJ) | |
| MACHAEL SWEENEY | |
| MALIK SWEENEY | |
| MALACHI SWEENEY | |
| MACHI SWEENEY | |
| ZACKARY GOLDITCH (13-cv-01842-RBJ) | |
| ASHLEY MOSER (13-cv-01995-RBJ) | *Thomas G. Tasker* |
| JARELL N. BROOKS (13-cv-02060) | *Matthew Laird* |
| KATHLEEN LARIMER (13-cv-02239-RBJ) | |
| SCOTT LARIMER | |
| NICK GALLUP (13-cv-02988-RBJ) | |
| BROOKE COWDEN (13-cv-02992-RBJ) | |
| KRISTIAN COWDEN | |

| | |
|---|---|
| WESTON COWDEN | |
| STEFAN MOTON (13-cv-03316-RBJ) | *Richard Strauss* |
| ALLEEN YOUNG (14-cv-01729-RBJ) | |
| CHANTEL L. BLUNK (14-cv-01923-RBJ) | *Nicholus C. Palmer via telephone* |
| MAXIMUS T. BLUNK | |
| HAILEY M. BLUNK | |
| JAMISON TOEWS (14-cv-01976-RBJ) | *Robert N. Trigg* |
| MARCUS WEAVER (14-cv-01986-RBJ) | *Chris Parrish* |
| | *Jeffrey R. Kelley* |

**Plaintiffs,**

v.

| | |
|---|---|
| CINEMARK HOLDINGS, INC | *John M. Roche* |
| CINEMARK USA INC | *Kevin S. Taylor* |
| CENTURY THEATERS INC | *Kyle P. Seedorf* |

**Defendants.**

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  3:59 p.m.

Magistrate Judge Hegarty is present at the bench with Judge Jackson.

Appearance of counsel.

Discussion held on status of the case.

**ORDERED:** **THREE WEEK JURY TRIAL** is reset to **August 24, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **July 10, 2015, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed.

Discussion held on which case will be tried.  Plaintiffs' counsel are to consult on which case or cases will be represented.

Discussion held on liability agreements, determinations and adequacy of representation findings.

**ORDERED:  Plaintiffs have 30 days to disclose case or cases to be tried.**

Discussion held on jury size.

**ORDERED:  Case will be tried to a jury of twelve.**

The Court notes dispositive motion deadline has past.

Discussion held on discovery disputes and expert disclosures.

**ORDERED:  Plaintiffs' expert disclosure deadline and Defendants' expert disclosure deadline with respect to Dr. Fenton and the University of Colorado: May 15, 2015.**

        **Defendants' expert disclosure deadline:  June 15, 2015.**

        **Plaintiffs' rebuttal expert disclosure deadline:  June 29, 2015.**

        **Discovery cut-off:  July 31, 2015.**

Discussion held on counsel that are not present, additional depositions that may be necessary, criminal proceedings and administratively closing this case.

Status conference to be set in mid December with Magistrate Judge Hegarty.

Additional discussion held on dispositive motions.

**ORDERED:  If parties anticipate the need to file additional dispositive motions, they are to file a one or two-page letter why and the Court will consider it.**

Court in Recess:  5:39 p.m.        Hearing concluded.        Total time in Court:  01:40