IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   12-cv-02514-RBJ-MEH (Lead case) | Date: April 2, 2015 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel (listed only once even if representing more than one party)* |
|---|---|
| DENISE N. AXELROD | *Christina M. Habas* |
| BRANDON K. AXELROD | |
| JOSHUA R. NOWLAN (12-cv-02517-RBJ) | |
| DION ROSBOROUGH (12-cv-02687-RBJ) | *Sandra L. Hagen* |
| RYAN LUMBA | |
| TONY BRISCOE | |
| JON BOIK | |
| LOUIS DURAN | |
| SHIRLEY CLARK | |
| MARY THERESA HOOVER | |
| EVAN FARIS | |
| RICHELE HILL | |
| DAVID WILLIAMS | |
| JERRI JACKSON (12-cv-02704-RBJ) | *Tara Mager (Entry of Appearance* |
| GREGORY MEDEK (12-cv-02705-RBJ) | *required)* |
| RENA MEDEK | |
| IAN SULLIVAN (12-cv-02900-RBJ) | |
| CHICHI SPRUEL (13-cv-00045-RBJ) | |
| DERICK SPRUEL | |
| MUNIRIH F. GRAVELLY (13-cv-00046-RBJ) | |
| LYNN JOHNSON (13-cv-00114-RBJ) | |
| MACHAEL SWEENEY | |
| MALIK SWEENEY | |
| MALACHI SWEENEY | |
| MACHI SWEENEY | |
| ZACKARY GOLDITCH (13-cv-01842-RBJ) | |
| ASHLEY MOSER (13-cv-01995-RBJ) | *Thomas G. Tasker* |
| JARELL N. BROOKS (13-cv-02060) | *Fred F. Paoli, Jr. - Matthew Laird* |
| KATHLEEN LARIMER (13-cv-02239-RBJ) | |
| SCOTT LARIMER | |
| NICK GALLUP (13-cv-02988-RBJ) | |
| BROOKE COWDEN (13-cv-02992-RBJ) | |
| KRISTIAN COWDEN | |

| | |
|---|---|
| WESTON COWDEN | |
| STEFAN MOTON (13-cv-03316-RBJ) | *Andrew D. Silverman - Richard Strauss* |
| ALLEEN YOUNG (14-cv-01729-RBJ) | |
| CHANTEL L. BLUNK (14-cv-01923-RBJ) | *Nicholus C. Palmer via telephone* |
| MAXIMUS T. BLUNK | |
| HAILEY M. BLUNK | |
| JAMISON TOEWS (14-cv-01976-RBJ) | *Robert N. Trigg* |
| MARCUS WEAVER (14-cv-01986-RBJ) | *Chris Parrish* |
| | *Jeffrey R. Kelley* |

**Plaintiffs,**

v.

| | |
|---|---|
| CINEMARK HOLDINGS, INC | *Kevin S. Taylor* |
| CINEMARK USA INC | *Kyle P. Seedorf* |
| CENTURY THEATERS INC | |

**Defendants.**

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 1:01 p.m.

Magistrate Judge Hegarty is present at the bench with Judge Jackson.

Appearance of counsel.

Discussion held on status of the case.

**ORDERED:** **THREE WEEK JURY TRIAL** is reset to **July 11, 2016, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **June 24, 2016, at 9:00 a.m**. in the same courtroom location. Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists. Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference. A pretrial order is not needed.

Discussion held on criminal case and discovery in this case.

Court in Recess: 1:15 p.m.          Hearing concluded.          Total time in Court: 00:14