IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Civil Action No. 1:12-cv-02514

**BROOKE COWDEN, KRISTIAN COWDEN, and WESTON COWDEN,**

    Plaintiffs,

vs.

**CENTURY THEATRES, INC., a California corporation; CINEMARK USA, INC., a Texas corporation; CINEMARK HOLDINGS, INC., a Delaware corporation;**

    Defendants.

_____

**UNOPPOSED MOTION TO AMEND COMPLAINT
IN CIVIL ACTION NO. 1:13-CV-02992 BY INTERLINEATION
TO ADD CIERRA C. COWDEN AS A NAMED PARTY**

_____

Cierra C. Cowden, by her attorneys, KEATING, WAGNER, POLIDORI & FREE, P.C., hereby respectfully move this Honorable Court for an Order allowing her to Amend the Complaint filed herein in Civil Action No. 1:13-cv-02992 (consolidation into *Traynom and Axelrod*, 1:12-cv-0514) by Interlineation for the purposes of adding her as a party Plaintiff. As grounds therefor, Ms. Cowden states:

    1.    **D.C.COLO.LCivR 71. Certification:** The undersigned counsel has conferred with counsel for Defendants herein relating to the relief requested in this Motion. Defendants' counsel has graciously given permission to advise the Court that he does not oppose this Motion.

    2.    Cierra C. Cowden is the youngest child of decedent Gordon Cowden. She turned 18 years of age in April, 2014, and therefore, the relevant statute of limitations for this wrongful death claim has not yet expired as to Ms. Cowden.

3. Ms. Cowden seeks to join her older siblings, Brooke, Kristian and Weston, as a named Plaintiff in their case for wrongful death, but is not pursuing a claim for her own personal injuries.

4. The most efficient method to accomplish this addition is to allow an amendment of the existing pleadings by interlineation to simply add her as a named Plaintiff for that claim.

5. This will not impact any currently scheduled proceeding in this matter.

6. Ms. Cowden specifically agrees to be bound by any and all decisions rendered by this court in *Traynom*, 1:12-cv-02514 on or before the date of the Amendment.

WHEREFORE, Cierra C. Cowden respectfully requests that she be allowed to enter Civil Action No. 1:13-cv-02992 as a named Plaintiff by interlineation, and that all future pleadings include her name in that consolidated action.

Dated this 14TH day of May, 2015.

                                          Respectfully submitted,

                                          KEATING, WAGNER, POLIDORI & FREE P.C.

                                          */s/ Christina M. Habas*
                                          Christina M. Habas, Esq.
                                          Michael O'Brien Keating, Esq.
                                          Deirdre E. Ostrowski, Esq.
                                          ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was served by email, via the CM/ECF system, on this 14TH day of May, 2015, upon the following:

TAYLOR|ANDERSON, LLP

Kevin S. Taylor, Esq.
Kyle Seedorf, Esq.
John M. Roche, Esq.
Amanda W. Wiley, Esq.
1331 Seventeenth Street, Suite 1050
Denver, CO 80202
Telephone:     (303) 551-6660
Facsimile:      (303) 551-6655
Email: ktaylor@talawfirm.com
        kseedorf@talawfirm.com
        jroche@talawfirm.com
        awiley@talawfirm.com
*Attorneys for Defendant Cinemark, USA, Inc., d/b/a Century Aurora 16*

| THE SAWAYA LAW FIRM, P.C. | MALMAN LAW FIRM, LLC |
|---|---|
| Michael G. Sawaya, Esq.<br>Robert D. Wilhite, Esq.<br>Sandra L. Hagen, Esq.<br>1600 Ogden Street<br>Denver, CO 80218<br>Telephone:     (303) 839-1650<br>Facsimile:      (303) 832-7102<br>Email: msawaya@sawyalaw.com<br>rwilhite@sawayalaw.com<br>shagen@sawayalaw.com<br>*Attorneys for Plaintiffs Dion Rosborough, Ryan Lumba, Tony Briscoe, Jon Boik, Louis Duran, Richelle Hill, Evan Faris, Shirley Clark and David Williams* | Jerome Malman, Esq.<br>44 Cook Street, Suite 700<br>Denver, CO 80206<br>Telephone:     (303) 733-7900<br>Facsimile:      (303) 777-7810<br>*Attorneys for Plaintiff Theresa Hoover/ Gregory and Rena Medek/Jerri Jackson/Ian Sullivan* |

3

DAVIDOVICH LAW FIRM, LLC

Nathan Davidovich, Esq.
Petroleum Building
3773 Cherry Creek North Drive #575
Denver, Colorado 80209
(303) 825-5529
Fax: (303) 265-9797
Email: nathandavidovich@talk-law.com
*Co-Counsel for Spruel and Gravelly*

MULLANS, PIERSEL AND REED, P.C.

Shannon Reed, Esq.
1311 Greenwood Street
Pueblo, Colorado 81003
(719) 543-2040
Email: reed@mprlegal.com
*Attorneys for Lynn Johnson, Machael Sweeney, Malik Sweeney, Machi Sweeney*

HILLYARD, WAHLBERG, KUDLA, SLOANE & WOODRUFF, LLP

Stephen W. Wahlberg, Esq.
Daniel J. Caplis, Esq.
Thomas G. Tasker, Esq.
4601 DTC Boulevard, Suite 950
Denver, CO 80237
Email: steve@denvertriallawyers.com
djc@caplislaw.com
tom@denvertriallawyers.com
*Attorneys for Ashley Moser*

Nik C. Palmer, Esq.
630 E. Plumb Lane
Reno, NV  89502
Email:  nik@lawlaub.biz
*Attorneys for Chantel, Hailey and Maximus Blunk*

SHAUN KAUFMAN LAW, PC

Shaun Kaufman, Esq.
1775 Sherman Suite 1650
Denver, Colorado 80203
(720) 435-4686
Fax 303-532-1053
*Attorney for Lynn Johnson and the Sweeney Plaintiffs*

BOGUE, PAOLI, AND THOMAS, LLC

Fred Paoli, Jr., Esq.
Matthew Laird, Esq.
1401 17 TH Street, Suite 320
Denver, Colorado 80202
Email: fpaoli@bridgeband.com
*Attorney for Jarrell N. Brooks*

HOCHSTADT, STRAW, STRAUSS & SILVERMAN, P.C.

Richard Strauss, Esq.
Andrew Silverman, Esq.
950 S. Cherry Street, Suite 300
Denver, CO 80246
Email:  andy@hssspc.com
richard@hssspc.com
*Co-counsel for Plaintiff Stefan Moton*

GALLOWAY TRIGG, LLP

Bob Trigg, Esq.
1873 S. Bellaire St., Ste 1200
Denver,  CO  80222
Email: bob@gtinjurylaw.com
*Attorneys for Jamison Toews*

4

HARDING & ASSOCIATES, P.C.

Jeff Kelley, Esq.
Phil Harding, Esq.
730 - 17th Street, Suite 650
Denver, CO  80202
Email: jeff@hlaw.org
          phil@hlaw.org
*Attorneys for Marcus Weaver*

                                              *s/Melissa A. Valle*_____
                                              Melissa A. Valle, Paralegal
*Pursuant to ECF procedures a printed copy of this document with original signatures shall be maintained by the filing party and made available for inspection by other parties or the court upon request*