**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 12-CV-02514-RBJ-MEH (as consolidated)**

**BRANDON AXELROD AND DENISE AXELROD, f.k.a. TRAYNOM (12-CV-02514-RBJ)
THERESA HOOVER, RYAN LUMBA, and LOUIS DURAN (12-CV-02687-RJB)[1]
JERRI JACKSON (12-CV-02704-RBJ)
GREGORY MEDEK AND RENA MEDEK (12-CV-02705-RBJ)
IAN SULLIVAN (12-CV-02900-RBJ)[2]
LYNN JOHNSON, MACHAEL SWEENEY, MALIK SWEENEY by and through his
    parents and next friends MACHAEL SWEENEY and LYNN JOHNSON (13-CV-
    00114-RBJ)
CHICHI SPRUEL AND DERICK SPRUEL (13-CV-00045-RBJ)
ZACKARY GOLDITCH (13-CV-01842-RBJ)
JARELL N. BROOKS (13-CV-2239-RBJ)
KATHLEEN LARIMER and SCOTT LARIMER (13-CV-00114-RBJ)
BROOKE COWDEN, KRISTIAN COWDEN, SIERRA COWDEN and WESTON
    COWDEN (13-CV-02992-RBJ)
ALLIE YOUNG (14-CV-1729-RBJ)
MARCUS WEAVER (14-CV-1986-RBJ)**

      **Plaintiffs,**

**v.**

**CENTURY THEATRES, INC., a California corporation; CINEMARK USA, INC., a Texas corporation; CINEMARK HOLDINGS, INC., a Delaware corporation;**

      **Defendants.**

---

**STIPULATED MOTION TO DISMISS CLAIMS
OF CERTAIN ENUMERATED PLAINTIFFS**

---

Plaintiffs identified above, through their respective attorneys, and Defendants, through their attorneys, TAYLOR | ANDERSON, LLP, hereby stipulate and agree as follows:

    1.    These parties are desirous of resolving this litigation without a trial.

---

[1] Ms. Hoover, Mr. Lumba and Mr. Duran are three of 10 Plaintiffs under that Case Number. The remaining Plaintiffs under that Case Number have not agreed to dismiss their claims.

[2] Ian Sullivan is one Plaintiff in that Case Number, along with Plaintiff Ashley Moser. Ms. Moser has not agreed to dismiss her wrongful death claims under that Case Number.

2. These parties stipulate and agree that this Court may dismiss the above captioned Plaintiffs' claims, With Prejudice, with each party bearing their own costs and attorneys' fees.

3. The caption herein may be amended to reflect these dismissals.

WHEREFORE, the parties hereto stipulate that the Court may dismiss all claims of the above captioned Plaintiffs, With Prejudice, ordering each party to bear their own respective attorneys' fees and costs, and further to amend the Caption herein to reflect these dismissals.

Dated this 15th day of June, 2016.

Respectfully submitted,

KEATING, WAGNER, POLIDORI & FREE P.C.

*/s/ Christina M. Habas*
Christina M. Habas, Esq.
Michael O'Brien Keating, Esq.
Deirdre E. Ostrowski, Esq.
1290 Broadway, Suite 600
Denver, Colorado 80203
Telephone: (303) 534-0401
Facsimile: (303) 534-8333
habas@keatingwagner.com

*Attorneys for Plaintiffs Axelrod, Jackson, Medek, Spruel, Golditch, Larimer, Cowden and Young*

TAYLOR|ANDERSON, LLP

*/s/ Kevin S. Taylor*
Kevin S. Taylor, Esq.
Kyle Seedorf, Esq.
John M. Roche, Esq.
1331 Seventeenth Street, Suite 1050
Denver, CO 80202
Telephone: (303) 551-6660
Facsimile: (303) 551-6655
Email: ktaylor@talawfirm.com

*Attorneys for Defendants Century Theatres, Inc., Cinemark USA, Inc., and Cinemark Holdings, Inc.*

THOMAS, KEEL & LAIRD, LLC

*/s/ Matthew Laird*
Matthew Laird, Esq.
1401 17th Street, Suite 320
Denver, Colorado 80202
Email: mlaird@thomaskeel.com

*Attorney for Plaintiff Brooks*

HARDING & ASSOCIATES, P.C.

*/s/ Jeff Kelley*
Jeff Kelley, Esq.
Phil Harding, Esq.
730 - 17th Street, Suite 650
Denver, CO 80202
Email: jeff@hlaw.org
       phil@hlaw.org

*Attorneys for Plaintiff Weaver*

THE SAWAYA LAW FIRM, P.C.

*/s/ Sandra Hagen*
Michael G. Sawaya, Esq.
Robert D. Wilhite, Esq.
Sandra L. Hagen, Esq.
1600 Ogden Street
Denver, CO 80218
Telephone:  (303) 839-1650
Facsimile:  (303) 832-7102
Email: msawaya@sawyalaw.com
rwilhite@sawayalaw.com
shagen@sawayalaw.com

*Attorneys for Plaintiffs Hoover, Lumba and Duran*

MALMAN LAW FIRM, LLC

*/s/ Tara Mager*
Jerome Malman, Esq.
Tara Mager, Esq.
44 Cook Street, Suite 700
Denver, CO 80206
Telephone:  (303) 733-7900
Facsimile:  (303) 777-7810

*Co-Counsel for Plaintiffs Theresa Hoover/Gregory and Rena Medek/Jerri Jackson/Kathleen and Scott Larimer*

*Attorneys for Plaintiff Sullivan*

SHAUN KAUFMAN LAW, PC

*/s/ Shaun Kaufman*
Shaun Kaufman, Esq.
1775 Sherman Suite 1650
Denver, Colorado 80203
(720) 435-4686
Fax 303-532-1053

*Attorneys for Johnson/Sweeney Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by email, via the CM/ECF system, on this 15th day of June, 2016, upon the following:

THE SAWAYA LAW FIRM, P.C.

Michael G. Sawaya, Esq.
Robert D. Wilhite, Esq.
Sandra L. Hagen, Esq.
1600 Ogden Street
Denver, CO 80218
Telephone:    (303) 839-1650
Facsimile:    (303) 832-7102
Email: msawaya@sawyalaw.com
rwilhite@sawayalaw.com
shagen@sawayalaw.com
*Attorneys for Plaintiffs Rosborough, Briscoe, Boik, Hill, Faris, Clark and Williams*

Nik C. Palmer, Esq.
630 E. Plumb Lane
Reno, NV  89502
Email: nik@lawlaub.biz

*Attorneys for Blunk Plaintiffs*

DAVIDOVICH LAW FIRM, LLC

Nathan Davidovich, Esq.
3773 Cherry Creek North Drive #575
Denver, Colorado 80209
(303) 825-5529
Fax: (303) 265-9797
Email: nathandavidovich@talk-law.com
*Co-Counsel for Plaintiff Gravelly*

HILLYARD, WAHLBERG, KUDLA, SLOANE & WOODRUFF, LLP

Stephen W. Wahlberg, Esq.
Daniel J. Caplis, Esq.
Thomas G. Tasker, Esq.
4601 DTC Boulevard, Suite 950
Denver, CO 80237
Email: steve@denvertriallawyers.com
djc@caplislaw.com
tom@denvertriallawyers.com

*Attorneys for Plaintiff Moser*

HOCHSTADT, STRAW & SILVERMAN, P.C.

Andrew Silverman, Esq.
950 S. Cherry Street, Suite 300
Denver, CO 80246
Email:  andy@hssspc.com
andy@hssspc.com

*Co-counsel for Plaintiff  Moton*

GALLOWAY TRIGG, LLP

Bob Trigg, Esq.
1873 S. Bellaire St., Ste 1200
Denver, CO   80222
Email: bob@gtinjurylaw.com

*Attorneys for Plaintiff Toews*

*s/Melissa A. Valle_____*
Melissa A. Valle, Paralegal
*Pursuant to ECF procedures a printed copy of this document with original signatures shall be maintained by the filing party and made available for inspection by other parties or the court upon request*

4