### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

12-cv-02514-RBJ-MEH (Lead case)

JOSHUA R. NOWLAN (12-cv-02517-RBJ)
DION ROSBOROUGH (12-cv-02687-RBJ)
TONY BRISCOE
JON BOIK
EVAN FARIS
RICHELE HILL
DAVID WILLIAMS
MUNIRIH F. GRAVELLY (13-cv-00046-RBJ)
ASHLEY MOSER (13-cv-01995-RBJ)
NICK GALLUP (13-cv-02988-RBJ)
STEFAN MOTON (13-cv-03316-RBJ)
CHANTEL L. BLUNK (14-cv-01923-RBJ)
MAXIMUS T. BLUNK
HAILEY M. BLUNK
JAMISON TOEWS (14-cv-01976-RBJ)

    Plaintiffs,

v.

CINEMARK HOLDINGS, INC.
CINEMARK USA, INC.
CENTURY THEATERS, INC.

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of Judge R. Brooke Jackson entered on June 24, 2016, (ECF No. 337) it is

ORDERED that the defendants' motion for summary judgment (ECF No. 321) is

GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of the defendants, CINEMARK HOLDINGS, INC., CINEMARK USA, INC. and CENTURY THEATERS, INC., and against the plaintiffs, JOSHUA R. NOWLAN, DION ROSBOROUGH, TONY BRISCOE, JON BOIK, EVAN FARIS, RICHELE HILL, DAVID WILLIAMS, MUNIRIH F. GRAVELLY, ASHLEY MOSER, NICK GALLUP, STEFAN MOTON, CHANTEL L. BLUNK, MAXIMUS T. BLUNK, HAILEY M. BLUNK, JAMISON TOEWS . It is

FURTHER ORDERED that any pending motions are DENIED as MOOT.  It is

FURTHER ORDERED that this civil action is dismissed with prejudice.  It is

FURTHER ORDERED that the defendants are awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLOLCivR 54.1.

Dated at Denver, Colorado this 24th day of June, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes

J. Dynes
Deputy Clerk